UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| KATHY ANDERS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:19-CV-00278-FDW |
| ANDREW M. SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

UPON CONSIDERATION of the Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g), Plaintiff's consent to that motion, and the entire record in this case, the motion (Doc. No. 13) is GRANTED.

IT IS THEREFORE ORDERED, that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Signed: March 18, 2020

_____
Frank D. Whitney
Chief United States District Judge