UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| KATHY ANDERS, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 1:19-CV-00278-FDW |
| ANDREW M. SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

ORDER

THIS MATTER IS BEFORE the Court on Kathy Anders' Motion for Attorneys' Fees (Doc. No. 18) and the Commissioner's Response (Doc. No. 19) thereto. Upon review of the briefs, the Court ORDERS Anders' counsel to file a reply to the Commissioner's responsive pleading and address the reasonableness of her request for attorney's fees under all applicable law. Such reply shall be filed no later than December 21, 2020.

IT IS SO ORDERED.

Signed: December 16, 2020

Frank D. Whitney
United States District Judge